**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

P. STEPHEN LAMONT and P. STEPHEN
LAMONT II (a Minor)

Plaintiffs

v.

KRISTEN K. WILSON in her individual and
official capacity, TERRENCE E. MCCARTNEY
in his individual and official capacity, KIRSTEN A.
BUCCI in her individual and official capacity,
LAURA U. BRETT in her individual and
official capacity, JOSEPH A. SACK in his individual
and official capacity, JULIE P. KILLIAN in her
individual and official capacity, FRANK J.
CULROSS in his individual and official
capacity, SCOTT D. PICKUP in his official and
individual capacity, JIM BUONAIUTO in his
individual and official capacity, ANGELA RUNCO
in her individual and official capacity, and CITY OF
RYE, JOHN DOES, and JANE DOES.

Defendants.

**JURY TRIAL DEMANDED**

---------------------------------------------------------------X

DOCKET NO: 14 CV 5052 (NSR)

Plaintiff's Motion to File a Second Amended Complaint is Denied without prejudice for failure to follow my Individual Practices. See Sec. 3.A.ii. Clerk of the Court is respectfully requested to terminate this motion (doc. 35).

Dated: Sept. 15, 2014
White Plains, NY

SO ORDERED:

/s/ 9/15/14

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A 2nd AMENDED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT**

INTRODUCTION

Plaintiffs, P. Stephen Lamont and P. Stephen Lamont II, respectfully move the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file a 2nd AMENDED COMPLAINT, a copy of which is attached hereto. The new complaint maintains the counts and allegations against the same defendants from the original complaint, but accounts for the significant factual and procedural developments that have occurred since the Amended

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2014